IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESERT OUTDOOR ADVERTISING, INC., | No. C 03-1078 SI |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION TO SHORTEN TIME** |
| v. | |
| CITY OF OAKLAND, | |
| Defendant. | |

Plaintiff has filed a motion to shorten time on its motion for an order to show cause. Under the circumstances of the case, the Court finds that plaintiff's motion to shorten time is not warranted. Plaintiff's motion to show cause will remain calendared for February 13, 2009. Plaintiff's motion to shorten time is DENIED.

**IT IS SO ORDERED.**

Dated: January 13, 2009

SUSAN ILLSTON
United States District Judge